**Jack L. BOUNDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103235**

Missouri Court of Appeals,
Eastern District,
**Division Five.**

Filed: August 16, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 27, 2016

Kristina Starke Olson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

Jack L. Bounds appeals the motion court's denial of his motion for post-conviction relief due to abandonment. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2)&(5).